Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  kirsten.milton@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Wyndham Vacation Ownership, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GARIBAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP INC.; and DOES I through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00439-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

Defendant Wyndham Vacation Ownership, Inc. (incorrectly identified as "Wyndham Vacation Ownership Inc.") by and through its counsel, Jackson Lewis P.C., and Plaintiff Robert Garibay ("Plaintiff") by and through his counsel, Thierman Buck LLP and Gabroy Law Offices, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant was served on February 25, 2021 with a copy of the Complaint filed in State Court, and filed a Notice of Removal on March 17, 2021. ECF No. 1. Defendant's response to Plaintiff's Complaint is due on March 24, 2021. Plaintiff and Defendant have agreed to an extension of time for Defendant to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint.

Defendant shall, therefore, have a twenty-one (21) day extension up to and including April 14, 2021, to file a responsive pleading to Plaintiff's Complaint.

1  This stipulation and order is sought in good faith and not for the purpose of delay. No
2  prior request for any extension of time has been made.
3  Dated this 22nd day of March, 2021.

| JACKSON LEWIS P.C. | THIERMAN BUCK LLP |
|---|---|
| */s/ Daniel I. Aquino* <br> Kirsten A. Milton, Bar #14401 <br> Daniel I. Aquino, Bar #12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* | */s/ Joshua D. Buck* <br> Mark R. Thierman, Bar #8285 <br> Joshua D. Buck, Bar #12187 <br> Leah L. Jones, Bar #13161 <br> Joshua R. Hendrickson, Bar #12225 <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br><br> Christian Gabroy, Bar #8805 <br> Kaine Messer, Bar #14240 <br> GABROY LAW OFFICES <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br><br> *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge~~/Magistrate Judge

Dated: March 23, 2021

4839-6310-7809, v. 1