**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT GARIBAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP INC.; and DOES I through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00439-JAD-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendant Wyndham Vacation Ownership, Inc. (incorrectly identified as "Wyndham Vacation Ownership Inc.") by and through its counsel, Jackson Lewis P.C., and Plaintiff Robert Garibay ("Plaintiff") by and through his counsel, Thierman Buck LLP and Gabroy Law Offices, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant was served on February 25, 2021 with a copy of the Complaint filed in State Court, and filed a Notice of Removal on March 17, 2021. ECF No. 1. Defendant's response to Plaintiff's Complaint was originally due on March 24, 2021. On March 23, 2021, the Court granted the parties' request for an extension of time for Defendant to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint. ECF No. 5. On April 13, 2021, the Court granted the parties' further request for an extension of time for Defendant to file a response to the Complaint to allow defense

counsel sufficient time to investigate the allegations of the Complaint. ECF No. 10. The parties have agreed to a final extension of time allow Defendant to complete its initial investigation of the allegations set forth in the Complaint.

Defendant shall, therefore, have a fourteen (14) day extension up to and including May 12, 2021, to file a responsive pleading to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the third request for extension of this deadline.

Dated this 26th day of April, 2021.

| JACKSON LEWIS P.C. | THIERMAN BUCK LLP |
|---|---|
| */s/ Daniel I. Aquino* | */s/ Joshua D. Buck* |
| Kirsten A. Milton, Bar #14401 | Mark R. Thierman, Bar #8285 |
| Daniel I. Aquino, Bar #12682 | Joshua D. Buck, Bar #12187 |
| 300 S. Fourth Street, Suite 900 | Leah L. Jones, Bar #13161 |
| Las Vegas, Nevada 89101 | Joshua R. Hendrickson, Bar #12225 |
| | 7287 Lakeside Drive |
| *Attorneys for Defendant* | Reno, Nevada 89511 |
| | |
| | Christian Gabroy, Bar #8805 |
| | Kaine Messer, Bar #14240 |
| | GABROY LAW OFFICES |
| | 170 South Green Valley Parkway, Suite 280 |
| | Henderson, Nevada 89012 |
| | |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: April 26, 2021